■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MURRAY, Appellant. [668 NYS2d 457] —Judgment, Su-

preme Court, New York County (Joan Carey, J., on *Wade* motion; Martin Rettinger, J., at plea and sentence), rendered February 23, 1994, convicting defendant of assault in the first degree, and sentencing him, as a second felony offender, to a term of 4 to 8 years, unanimously affirmed.

The court's summary denial of defendant's motion to suppress identification testimony was proper. Defendant did not dispute the People's contention that defendant and the victim had a relationship prior to the incident so as to render a hearing unnecessary (*People v De Jesus*, 244 AD2d 244; *People v Estrada*, 241 AD2d 378, *lv denied* 90 NY2d 1011). Concur—Sullivan, J. P., Rosenberger, Ellerin and Tom, JJ.